IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                     No. CIV S-03-1625 FCD JFM P

    vs.

BUCK, et al.,

    Defendants.            ORDER

                               /

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2005, plaintiff filed a request for an extension of time due to his transfer to California Medical Facility. On May 12, 2005, plaintiff filed a notice of change of address and a second request for extension of time.[1] Plaintiff does not specifically identify the

---

[1] The latter document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c). Plaintiff will be directed to serve a copy of his notice of change of address on counsel for defendants.

1

deadline for which he seeks an extension, but the court record reflects that plaintiff's pretrial statement is due on May 27, 2005.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's April 28, 2005 and May 12, 2005 requests for extension of time are granted;

   2. Plaintiff shall file and serve his pretrial statement on or before June 10, 2005;

   3. Defendants' pretrial statement shall be filed and served on or before June 24, 2005;

   4. Pretrial conference on the papers is continued to July 1, 2005 before the undersigned; and

   5. Within five days from the date of this order plaintiff shall serve a copy of his May 12, 2005 notice of change of address on counsel for defendants and shall file a certificate of service attesting thereto.

DATED: May 25, 2005.

*/s/ [signature]*
UNITED STATES MAGISTRATE JUDGE

12
hous1625.ext