1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID DANIEL CEPEDA,

11            Petitioner,                No. CIV S-04-1899 LKK JFM P

12      vs.

13   MENDOZA-POWERS, et al.,

14            Respondents.              ORDER

15   _____/

16            On May 23, 2005, petitioner filed a notice of change of address.  That document

17   was not served on respondents.  Petitioner is advised that every document submitted to the court

18   for consideration must be served on respondents.  Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254.

19   As a prisoner proceeding pro se, petitioner is required to serve all documents in this action

20   conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See Local Rule 5-

21   135(b).  Since an attorney has filed a document with the court on behalf of respondents,

22   documents submitted by petitioner must be served on that attorney and not on the respondents.

23   Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the

24   document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).  Petitioner must

25   include with every document filed in this action  a certificate stating the date an accurate copy of

26   /////

1

1   the document was mailed to respondents' attorney and the address to which it was mailed.  <u>See</u>

2   Local Rule 5-135(b) and (c).

3            IT IS SO ORDERED.

4   DATED:  June 3, 2005.

5

6                                          _____
                                           UNITED STATES MAGISTRATE JUDGE
7

8   12/kf
    cepe1899.35(1)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26