IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                        No. CIV S-03-1625 FCD JFM P

    vs.

BUCK, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to court order, this matter came on for trial confirmation hearing before the undersigned on August 8, 2005.  Alamar Cyril Houston appeared in propria persona.  Alvin Gittisriboongul, Deputy Attorney General, appeared as counsel for defendant Buck.  At the hearing, defense counsel presented the court with an order dated July 29, 2005 from the Solano County Superior Court finding plaintiff incompetent to stand trial in criminal proceedings in that court and committing plaintiff to Atascadero State Hospital for a period not to exceed three years.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This matter is set for further status conference on November 14, 2005, at 9:30 a.m. in Courtroom # 2.

1

2. Not later than seven days prior to the status conference, counsel for defendant's shall file a status report.

3. Within thirty days from the date of this order, defendant shall file, if appropriate, a motion to stay these proceedings or any other motion appropriate to the circumstances.

4. Any motion filed by defendant pursuant to paragraph 3 of this order shall be briefed in accordance with the provisions of Local Rule 78-230(m).

5. Plaintiff is reminded of his obligation to keep the court apprised of his current address.  <u>See</u> Local Rule 83-182(f).

DATED: August 9, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge