1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALAMAR CYRIL HOUSTON,

11          Plaintiff,                      No. CIV S-03-1625 FCD JFM P

12       vs.

13   BUCK, et al.,

14          Defendants.                     ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Pursuant to court order, this matter came on for trial confirmation hearing

18   before the undersigned on November 14, 2005.  Alamar Cyril Houston appeared in propria

19   persona.  Michael G. Lee, Deputy Attorney General, appeared as counsel for defendant Buck.

20          After hearing, and good cause appearing, IT IS HEREBY ORDERED that:

21          1.  Defendants' October 25, 2005 motion to stay is denied as moot.

22          2.  This matter is set for jury trial before the undersigned on May 16, 2006 at 9:00

23   a.m. in Courtroom # 2.

24          3.  Plaintiff's present custodian shall provide for plaintiff's presence at trial and

25   the custodian of plaintiff's inmate witness, Anthony Carl Jackson, # H-52247, shall provide for

26   said inmate's presence at trial pursuant to the writs of habeas corpus ad testificandum to be

1

1   issued.  All parties shall take any steps necessary to facilitate execution of said writs.  The parties

2   and the relevant custodians are cautioned that sanctions will be imposed for failure to comply

3   with court orders.

4              4.  Proposed voir dire, proposed jury instructions, and trial briefs shall be filed and

5   served not later than fourteen days before the date set for trial.

6              5.  Counsel for defendant Buck shall prepare a joint statement of the case to be

7   read to the jury and shall submit that joint statement, together with a proposed verdict form, not

8   later than fourteen days before the date set for trial.

9   DATED:  November 21, 2005.

10

11

12                                                    /s/ Frank C. Damrell Jr.
                                                      FRANK C. DAMRELL, JR.,
13                                                    UNITED STATES DISTRICT JUDGE

/hous1625.oah2

14

15

16

17

18

19

20

21

22

23

24

25

26