IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

      Plaintiff,                        No. CIV S-03-1625 FCD JFM P

   vs.

BUCK, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial in the district court on May 16, 2006. On November 28, 2005, plaintiff filed a letter requesting sample proposed jury voir dire and jury instructions. The court does not provide such documents to litigants.[1]

---

[1] The court notes that plaintiff's letter was not served on defendant. Plaintiff is advised that every document submitted to the court for consideration must be served on defendant. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. <u>See</u> Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendant, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. <u>See</u> Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendant's attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's November 28, 2005
2 request is denied.
3 DATED: February 6, 2006.

                                                            UNITED STATES MAGISTRATE JUDGE

8 /buck1625.o